1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NELSON RIVAS, | ) | Case No. CV 10-3539 RGK(JC) |
|---|---|---|
| Petitioner, | ) | (PROPOSED) JUDGMENT |
| v. | ) | |
| JOHN MARSHALL, | ) | |
| Respondent. | ) | |

_____

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 10, 2011

_____

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE